### Second Department, October, 1969

### (October 3, 1969)

In the Matter of Lawrence M. Fogarty, Appellant, v. Albert Hecht et al., as Commissioners of Elections of the County of Dutchess, Respondents.— In a proceeding to validate petitions nominating appellant a candidate of the Concerned Voter Party for the public office of Town Justice in the Town of East Fishkill in the election to be held on November 4, 1969, the appeal is from a judgment of the County Court, Dutchess County, dated October 2, 1969, which dismissed the petition. Judgment reversed, on the law and the facts, without costs, and nominating petitions declared valid. (See *Matter of Cross* v. *Hecht,* 33 A D 2d 559.) Brennan, Acting P. J., Rabin, Martuscello and Kleinfeld, JJ., concur; Hopkins, J., dissents and votes to affirm on the authority of *Matter of Connors* v. *Messina* (308 N. Y. 877).